# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    NANCY SPARACINO                              Case No.: 5-14-00409-RNO
                                                                         Chapter 13

                 Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**
Creditor Name:                       EAST STROUDSBURG SAVINGS
Court Claim Number:              06
Last Four of Loan Number:       0686
Property Address if applicable:    17 CHURCH AVENUE, , MOUNT POCONO, PA18344

**PART 2:**                          **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.    Allowed prepetition arrearages:                                         $22,633.80
b.    Prepetition arrearages paid by the Trustee:                       $22,633.80
c.    Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c):                                    $0.00
d.    Amount of postpetition fees, expenses, and charges recoverable
      Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:    $0.00
e.    Allowed postpetition arrearage:                                          $0.00
f.    Postpetition arrearages paid by the Trustee:                          $0.00
g.    Total b, d, f:                                                                            $22,633.80

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 19, 2019                                     Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name:  EAST STROUDSBURG SAVINGS
Court Claim Number:  06

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 0060 | 1112160 | 09/17/2014 | $628.13 | $0.00 | $628.13 |
| 0060 | 1114105 | 10/15/2014 | $302.38 | $0.00 | $302.38 |
| 0060 | 1117362 | 12/04/2014 | $302.39 | $0.00 | $302.39 |
| 0060 | 1119134 | 01/08/2015 | $302.39 | $0.00 | $302.39 |
| 0060 | 1120965 | 02/04/2015 | $302.38 | $0.00 | $302.38 |
| 0060 | 1122686 | 03/04/2015 | $302.39 | $0.00 | $302.39 |
| 0060 | 1124471 | 04/01/2015 | $302.38 | $0.00 | $302.38 |
| 0060 | 1126314 | 05/06/2015 | $302.39 | $0.00 | $302.39 |
| 0060 | 1128127 | 06/03/2015 | $302.39 | $0.00 | $302.39 |
| 0060 | 1129894 | 07/01/2015 | $302.38 | $0.00 | $302.38 |
| 0060 | 1131633 | 08/03/2015 | $302.39 | $0.00 | $302.39 |
| 0060 | 1133401 | 09/02/2015 | $302.38 | $0.00 | $302.38 |
| 0060 | 1135155 | 10/06/2015 | $611.76 | $0.00 | $611.76 |
| 0060 | 1139690 | 12/03/2015 | $299.21 | $0.00 | $299.21 |
| 0060 | 1141360 | 01/07/2016 | $299.21 | $0.00 | $299.21 |
| 0060 | 1143051 | 02/03/2016 | $299.21 | $0.00 | $299.21 |
| 0060 | 1144679 | 03/02/2016 | $299.22 | $0.00 | $299.22 |
| 0060 | 1146370 | 04/06/2016 | $463.48 | $0.00 | $463.48 |
| 0060 | 1148110 | 05/04/2016 | $463.47 | $0.00 | $463.47 |
| 0060 | 1149746 | 06/14/2016 | $927.27 | $0.00 | $927.27 |
| 0060 | 1152788 | 08/04/2016 | $463.48 | $0.00 | $463.48 |
| 0060 | 1154337 | 09/01/2016 | $463.48 | $0.00 | $463.48 |
| 0060 | 1155943 | 10/05/2016 | $300.02 | $0.00 | $300.02 |
| 0060 | 1157563 | 11/02/2016 | $638.74 | $0.00 | $638.74 |
| 0060 | 1159153 | 12/06/2016 | $923.04 | $0.00 | $923.04 |
| 0060 | 1162299 | 02/08/2017 | $461.51 | $0.00 | $461.51 |
| 0060 | 1163802 | 03/09/2017 | $461.52 | $0.00 | $461.52 |
| 0060 | 1165390 | 04/12/2017 | $461.52 | $0.00 | $461.52 |
| 0060 | 1166983 | 05/11/2017 | $461.52 | $0.00 | $461.52 |
| 0060 | 1168525 | 06/13/2017 | $461.51 | $0.00 | $461.51 |
| 0060 | 1170024 | 07/06/2017 | $461.52 | $0.00 | $461.52 |
| 0060 | 1171440 | 08/10/2017 | $923.04 | $0.00 | $923.04 |
| 0060 | 1172990 | 09/19/2017 | $461.52 | $0.00 | $461.52 |
| 0060 | 1175656 | 11/08/2017 | $921.06 | $0.00 | $921.06 |
| 0060 | 1178440 | 01/11/2018 | $919.11 | $0.00 | $919.11 |
| 0060 | 1181201 | 03/08/2018 | $459.54 | $0.00 | $459.54 |
| 0060 | 1182552 | 04/03/2018 | $919.11 | $0.00 | $919.11 |
| 0060 | 1185614 | 05/15/2018 | $459.55 | $0.00 | $459.55 |
| 0060 | 1188346 | 07/12/2018 | $1,495.54 | $0.00 | $1495.54 |
| 0060 | 1191078 | 09/06/2018 | $724.16 | $0.00 | $724.16 |
| 0060 | 1192386 | 10/10/2018 | $724.16 | $0.00 | $724.16 |
| 0060 | 1193762 | 11/08/2018 | $721.06 | $0.00 | $721.06 |
| 0060 | 1195133 | 12/13/2018 | $721.06 | $0.00 | $721.06 |
| 0060 | 1196561 | 01/10/2019 | $9.83 | $0.00 | $9.83 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

NANCY SPARACINO  Case No.: 5-14-00409-RNO
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 19, 2019, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

STEVEN R SAVOIA, ESQUIRE          SERVED ELECTRONICALLY
621 ANN STREET
P.O. BOX 263
STROUDSBURG PA, 18360-

VINCENT RUBINO, ESQUIRE           SERVED BY 1ST CLASS MAIL
PO BOX 511
712 MONROE STREET
STROUDSBURG, PA 18360

ESSA BANK & TRUST                 SERVED BY 1ST CLASS MAIL
200 PALMER STREET
PO BOX L
STROUDSBURG, PA, 18360

NANCY SPARACINO                   SERVED BY 1ST CLASS MAIL
17 CHURCH AVENUE

MOUNT POCONO, PA 18344

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 19, 2019

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com