```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                        Case No. 14-00409-RNO
Nancy Sparacino                                               Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0314-5      User: MMchugh            Page 1 of 2          Date Rcvd: Apr 09, 2019
                          Form ID: 3180W           Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db              +Nancy Sparacino,    17 Church Avenue,    Mount Pocono, PA 18344-1605
cr               Wells Fargo Bank, N.A., Default Document Processin,    N9286-01Y, 1000 Blue Gentian Road,
                   Eagan, MN 55121-7700
4460604         +Nationwide Consumer Savings,    2611 Internet Blvd., Suite 201,    Frisco, TX 75034-9093
4440017          Newman Williams et al.,   712 Monroe Street,    P.O. Box 511,    Stroudsburg, PA 18360-0511
4470151          Wells Fargo Bank, N.A.,   Default Document Processing,    N9286-01Y, 1000 Blue Gentian Road,
                   Eagan, MN 55121-7700
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4443828         EDI: AIS.COM Apr 09 2019 23:13:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
4440009         EDI: BANKAMER.COM Apr 09 2019 23:18:00      Bank of America,    PO Box 982235,
                 El Paso, TX 79998-2235
4440010         EDI: CAPITALONE.COM Apr 09 2019 23:13:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
4440011        +EDI: CITICORP.COM Apr 09 2019 23:13:00      Citibank Credit Cards,    Box 6500,
                 Sioux Falls, SD 57117-6500
4440013         EDI: DISCOVER.COM Apr 09 2019 23:13:00      Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130
4440012         EDI: DISCOVER.COM Apr 09 2019 23:13:00      Discover Bank,    6500 New Albany Road,
                 New Albany, OH 43054
4442463         EDI: DISCOVER.COM Apr 09 2019 23:13:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH 43054-3025
4440014        +E-mail/Text: collections@essabank.com Apr 09 2019 19:17:32     ESSA Bank & Trust,
                 200 Palmer Street,    PO Box L,   Stroudsburg, PA 18360-0160
4502706         EDI: RESURGENT.COM Apr 09 2019 23:13:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank (South Dakota),,    N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4440015        +EDI: MID8.COM Apr 09 2019 23:13:00      Midland Credit Management, Inc.,    8875 Aero Drive,
                 San Diego, CA 92123-2255
4440016        +E-mail/Text: MKnitter@monroecountypa.gov Apr 09 2019 19:17:27
                 Monroe County Tax Claim Bureau,    1 Quaker Plaza, Room 104,    Stroudsburg, PA 18360-2141
4440018         EDI: PRA.COM Apr 09 2019 23:13:00      Portfolio Recovery Associates, LLC,
                 120 Corporate Boulevard,    Norfolk, VA 23502
4474625         EDI: PRA.COM Apr 09 2019 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4440019         EDI: USBANKARS.COM Apr 09 2019 23:13:00      U.S. Bank N.A.,    PO Box 108,
                 St. Louis, MO 63166-9801
4440021         EDI: WFFC.COM Apr 09 2019 23:13:00      Wells Fargo Bank, N.A.,    PO Box 4233,
                 Portland, OR 97208
4440020        +EDI: WFFC.COM Apr 09 2019 23:13:00      Wells Fargo Bank, N.A.,    3476 Stateview Blvd.,
                 MAC # X7801-013,    Fort Mill, SC 29715-7203
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +ESSA Bank & Trust,   200 Palmer Street,    PO Box L,   Stroudsburg, PA 18360-0160
4460605        ##+Nationwide Debt Direct, LLC,   3803 Parkwood Blvd., Suite 100,    Frisco, TX 75034-8644
4440022        ##+Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street, Suite 101,
                 Mountainside, NJ 07092-2315
                                                                                        TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                          Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Creditor    ESSA Bank & Trust zac@fisherchristman.com,
           office@fisherchristman.com
          Joshua I Goldman    on behalf of Creditor    Housing Opportunity Partners REO, LLC
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kimberly A Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. kab@jsdc.com,   jnr@jsdc.com
          Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,   DPugh@monroecountypa.gov
          Steven R Savoia    on behalf of Debtor 1 Nancy  Sparacino ssavoia@ptd.net
          Thomas I Puleo    on behalf of Creditor    Housing Opportunity Partners REO, LLC
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino    on behalf of Creditor    ESSA Bank & Trust
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
           williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                             TOTAL: 9
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nancy Sparacino** | Social Security number or ITIN  xxx–xx–3867 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Pennsylvania** | | |
| Case number:  5:14–bk–00409–RNO | | |

# Order of Discharge                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Nancy Sparacino
   aka Nancy Fratarcangeli

**By the court:**

*[signature]*

   4/9/19

   Honorable Robert N. Opel, II
   United States Bankruptcy Judge

   By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                    **Chapter 13 Discharge**                                                   page 1

Case 5:14-bk-00409-RNO   Doc 53   Filed 04/11/19   Entered 04/12/19 00:54:18   Desc
                        Imaged Certificate of Notice   Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**