United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Nancy Sparacino  
    Debtor

Case No. 14-00409-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh     Page 1 of 1     Date Rcvd: May 14, 2019  
                     Form ID: fnldec     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.  
db          +Nancy Sparacino,   17 Church Avenue,   Mount Pocono, PA 18344-1605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2019 at the address(es) listed below:

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        J. Zac Christman    on behalf of Creditor    ESSA Bank & Trust zac@fisherchristman.com,  
         office@fisherchristman.com  
        Joshua I Goldman    on behalf of Creditor    Housing Opportunity Partners REO, LLC  
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Kimberly A Bonner    on behalf of Creditor    WELLS FARGO BANK, N.A. kab@jsdc.com,   jnr@jsdc.com  
        Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov  
        Steven R Savoia    on behalf of Debtor 1 Nancy  Sparacino ssavoia@ptd.net  
        Thomas I Puleo    on behalf of Creditor    Housing Opportunity Partners REO, LLC  
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
        Vincent  Rubino    on behalf of Creditor    ESSA Bank & Trust  
         lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com  
                                                                                                                               TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nancy Sparacino,<br>aka Nancy Fratarcangeli, | Chapter 13 |
| **Debtor 1** | Case No. 5:14–bk–00409–RNO |

Social Security No.:
xxx–xx–3867

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 14, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk

**fnldec** (05/18)